# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0638
Lower Tribunal No. 2023-CA-016676

_____

KENNETH HERRICK,

Appellant,

v.

FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.

Kenneth Herrick, Orlando, pro se.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED